Cite as 2023 Ark. 175

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADMINISTRATIVE PLANS FOR DISTRICT COURTS | **Opinion Delivered** November 30, 2023 |

## PER CURIAM

Administrative Order No. 18 requires a state district court or a local district court to prepare an administrative plan when the court operates a specialty court program, when multiple judges preside in the district, or when the court has multiple venues in the district. The administrative plans submitted by all district courts have been approved.

All administrative plans are effective January 1, 2024.